# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MEREDITH FLYING SERVICE, LLC.                                             PLAINTIFF

v.                              NO. 3:19-cv-00090-JM

OLD REPUBLIC INSURANCE CO., et al.                                        DEFENDANTS

## ORDER

The jury trial scheduled to begin May 4, 2020, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 17th day of April, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE