IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MEREDITH FLYING SERVICE LLC**

                                  **PLAINTIFF**

**v.**                         **NO.  3:19CV00090 JM**

**OLD REPUBLIC INSURANCE COMPANY;
OLD REPUBLIC AEROSPACE, INC. F/K/A
PHOENIX AVIATION MANAGERS, INC.;
AND PRIME TURBINES LLC**                   **DEFENDANTS**

### **JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

Dated this 21st day of August, 2020.

_____
James M. Moody, Jr.
United States District Judge